(80 South. 482)

Ex parte S. E. WEBB & CO.    (1 Div. 59.)

(Supreme Court of Alabama. Nov. 22, 1918.)

Certiorari to Court of Appeals.

Action by Helen Riley against S. E. Webb & Co. Judgment for plaintiff was affirmed by the Court of Appeals (16 Ala. App. 570, 80 South. 144), and defendant petitions for certiorari. Writ denied.

Boyles & Kohn, of Mobile, for appellant.
Jas. H. Kirkpatrick, of Mobile, for appellee.

SOMERVILLE, J. Petition of S. E. Webb & Co. for certiorari to the Court of Appeals to review and revise the judgment of such court rendered in the appeal of S. E. Webb & Co. v. Helen Riley (16 Ala. App. 570, 80 South. 144). Writ denied.